## CLASSEN IMMUNOTHERAPIES, INC., Plaintiff–Appellant,

v.

## SHIONOGI, INC. and Merz Pharmaceuticals, LLC, Merz Pharmaceuticals, GmbH, Defendants–Appellees.

No. 2014–1364.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2014.

Joseph J. Zito, DNL Zito, of Washington, DC, argued for plaintiff-appellant. With him on the brief was Benjamin C. Deming, of Los Angeles, CA.

Lisa J. Pirozzolo, Wilmer Cutler Pickering Hale and Dorr, LLP, of Boston, MA argued for defendant-appellee Shionogi, Inc. With her on the brief for defendant-appellee Shionogi, Inc., were Mark C. Fleming, David A. Manspeizer, of New York, New York, and Tracey C. Allen, of Washington, DC. Of counsel for defendant-appellee Merz Pharmaceuticals, LLC. were F. Dominic Cerrito, Quinn Emanuel Urquhart & Sullivan, LLP, of New York, New York. With him on the brief were Eric C. Stops and Gabriel P. Brier.

NEWMAN, MOORE, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.